# MANDATE

CT / New Haven
04-cv-977
Judge Underhill

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

PILOT CORPORATION OF AMERICA,

        Appellant,

    v.

FISHER-PRICE, INC. and MATTEL, INC.,

        Appellees.

Docket No.: 07-3645-cv



UNITED STATES COURT OF APPEALS
FILED
APR 17 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

## STIPULATION DISMISSING APPEAL

WHEREAS, the parties have agreed to resolve the underlying case in which the above-captioned appeal was noticed, the undersigned counsel for the parties hereby stipulate that the above-captioned appeal is dismissed with prejudice, each party to pay its own costs and attorneys' fees, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: April 9, 2008

GRIMES & BATTERSBY, LLP
Edmund J. Ferdinand, III
488 Main Avenue
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300

Attorneys for Appellant
Pilot Corporation of America

KENYON & KENYON LLP
Edward T. Colbert
1500 K Street, NW, Suite 700
Washington, DC 20005

Attorneys for Appellees
Fisher-Price, Inc. and Mattel, Inc.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

April 17, 2008

Certified: APR 17 2008